

APRIL 7, 2014

TO WHOM IT MAY CONCERN;

I AM WRITING THIS LETTER TO ASK THE COURT TO GRANT A 60 DAY CONTINUANCE TO MICHAEL DAVID CARROLL TO REPORT FOR HIS SENTENCE ON JULY 14, 2014.

MICHAEL CARROLL HAS BEEN THE CORPORATE EXECUTIVE CHEF OF MY COMPANY FOR 15 YEARS. HE IS SOLELY RESPONSIBLE FOR STAFF, CLIENT RELATIONS AND EVENT SET UP AND DESIGN.

WE ARE DESPERATELY TRYING TO HIRE AND TRAIN THROUGH OUR BUSY SEASON. IF CHEF MICHAEL CARROLL DOES NOT HELP WITH THE TRAINING PROCESS OF THE NEW EMPLOYEES BEING BROUGHT ON TO FILL HIS VOID, MY COMPANY WILL FALTER AND CAUSE A HUGE FINANCIAL STRAIN ON THE COMPANY. EVEN TO THE POINT OF HAVING TO LET PEOPLE GO DUE TO THE LACK OF PRODUCTIVITY.

CHEF MICHAEL CARROLL IS THE LEADER OF THE STAFF AND TRYING TO REPLACE HIM AFTER 15 YEARS IS VERY DIFFICULT. MY COMPANY WILL LOSE CUSTOMERS, EMPLOYEES AND MONEY WHEN HE IS NO LONGER EMPLOYED AT DRN PRODUCTIONS.

OUR BUSY SEASON FOR SPECIAL EVENTS IS RIGHT NOW AND WE ARE BOOKED SOLID THROUGH THE WEEKEND OF JULY 12 AND 13, 2014. DURING THIS TIME, CHEF MICHAEL CARROLL WILL BE UNDER MY DIRECT SUPERVISION AND WILL BE WORKING 70 TO 80 HOUR WEEKS, IF NOT MORE, TO HELP MAKE THIS TRANSITION EVEN POSSIBLE.

I ASK THE COURT TO ALLOW CHEF MICHAEL CARROLL TO REMAIN OUT DUE TO THESE CIRCUMSTANCES AND ALLOW HIM TO PROPERLY TRAIN AND TRANSITION HIS POSITION TO THE 3 PEOPLE I HAVE TO HIRE TO REPLACE HIM AND THE REST OF THE EVENT TEAM.

THANK YOU IN ADVANCE FOR YOUR CONSIDERATION.

DON ROSS NABB



EXHIBIT A