CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CRIMINAL DOCKET FOR CASE #: 1:21−mj−00416−ML−1

| | |
|---|---|
| Case title: USA v. Carroll | Date Filed: 05/11/2021 |
| Other court case number: 3:13−cr−076−N Northern District of Texas, Dallas Division | Date Terminated: 05/11/2021 |

Assigned to: Judge Mark Lane

**Defendant (1)**

**Michael David Carroll**
*TERMINATED: 05/11/2021*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Petition to Revoke Supervised Release − NDTX, Dallas Division | Commitment Order to NDTX, Dallas Division. |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Mark H. Marshall**<br>United States Attorney's Office<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>(512) 916−5858<br>Fax: 512/916−5855<br>Email: mark.marshall@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/11/2021 | 1 | 3 | Arrest (Rule 5/Rule 32.1) of Michael David Carroll. (kkc) (Entered: 05/11/2021) |
| 05/11/2021 | 2 | 8 | CJA 23 Financial Affidavit by Michael David Carroll (SEALED pursuant to E−Government Act of 2002). (kkc) (Entered: 05/11/2021) |
| 05/11/2021 | 3 | 9 | Minute Entry for proceedings held before Judge Mark Lane: Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Michael David Carroll held on 5/11/2021 (Minute entry documents are not available electronically.) (Court Reporter Zoom.) (kkc) (Entered: 05/11/2021) |
| 05/11/2021 |  | 11 | ORAL WAIVER of Rule 5/Rule 32.1 Hearing by Michael David Carroll. (kkc) (Entered: 05/11/2021) |
| 05/11/2021 | 4 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Michael David Carroll. Defendant committed to the Northern District of Texas, Dallas Division. Signed by Judge Mark Lane. (kkc) (Entered: 05/11/2021) |

Case 1:21-mj-00416-ML Document 5 Filed 05/14/21 Page 1 of 2
Case 1:21-mj-00416-ML Document 3 (Court only) Filed 05/11/21 Page 9 of 12
Case 3:13-cr-00076-N   Document 63   Filed 05/11/21   Page 3 of 6   PageID 460

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Criminal No.: **AU:21-M -00416(1)** |
| § | |
| (1) Michael David Carroll § | Date Appeared: May 11, 2021 |
| *Defendant* § | Time: 1:57 PM - 2:04 PM (7 minutes) |

# INITIAL APPEARANCE - NDTX, Dallas Division (3:13cr076)

1. Petition Filed     June 25, 2020     Warrant Issued:     June 25, 2020

   Arrested     May 11, 2021     Agency:     USMS

2. **COURT PERSONNEL:**

   U.S. Magistrate Judge:     MARK LANE
   Courtroom Deputy:     Amanda Deichert
   Pretrial Officer:
   Interpreter:     N/A

3. **APPEARANCES:**

   AUSA:     - Excused
   DEFT:     Christopher Woodward

4. **PROCEEDINGS:**

   a. Age    45    Education    Some College    Gender    Male
   b. Defendant understands proceedings and is mentally competent.    Y
   c. Defendant is informed of constitutional rights.    Y
   d. Defendant understands charges.    Y
   e. If charged on complaint, Defendant informed of right to Preliminary Hearing.    N/A
   f. Defendant informed of right to legal counsel.    Y
        1) Defendant waives counsel.
        2) Defendant states he/she will retain counsel.
       X   3) Defendant states he/she has retained:    Christopher Woodward
          Phone No.:
        4) Defendant requests appointment of counsel.
           Defendant HAS NOT completed the CJA23 financial affidavit.
             Court will appoint counsel in the interest of justice but will require an affidavit to be completed by the next hearing.
           Defendant HAS completed the CJA23 financial affidavit and the Court will appoint counsel because:
             The defendant is indigent at this time.
             Even though the defendant is not indigent, counsel will be appointed in the interests of justice.
           The Court finds that the defendant is NOT eligible and denies request.

Case 1:20-mj-00416-MLC Document 5 (Court only) Filed 05/12/21 Page 10 of 12
Case 1:20-mj-00416-MLC Document 6 Filed 05/12/21 Page 11 of 12
Case 3:13-cr-00076-N   Document 63   Filed 05/11/21   Page 4 of 6   PageID 461

PROCEEDING MEMO - INITIAL APPEARANCE
In Re: (1) Michael David Carroll
Page 2 of 2 Pages

g. PRE-TRIAL RELEASE:
  1) The Government makes ☐ oral or ☐ written motion for detention under 18 USC 3142. Court sets detention hearing for _____
  2) The Court sua sponte moves for detention. The detention hearing is set for _____ at _____
  3) The Defendant ☐ is released ☐ will be released on the following conditions: Bond is set at $ _____

  *(Check the following that apply:)*

  ____ unsecured                    ____ unsecured with 10% posted to the registry
  ____ cash or corporate            ____ additional sureties
  ____ 3rd party custodian          ____ as set forth in Order Setting Conditions of Release

h. Temporary Detention issued   May 11, 2021   Arraignment set for _____

i. REMOVAL PROCEEDINGS:
  The Defendant is advised of Rule 20 and Rule 5 rights and ....
  _X_ 1) The Defendant waives Rule 5(c)(3)(D)(ii) and is detained pending removal to the Northern District of Texas, Dallas Division. Detention hearing is to be held in that district.
  ____ 2) The Defendant waives Rule 5 and is released on bond. The Defendant is ordered to appear in the _____ ☐ on _____ or ☐ when notified by the prosecuting district.
  ____ 3) The Defendant is ☐ detained ☐ released on bond and requests Rule 5(c)(3) hearing. The Court sets hearing for _____

j. Other: Oral consent to proceed by video teleconference given. Oral waiver of Rule 5 hearings given.

```
MIME-Version:1.0
From:TXW_USDC_Notice@txwd.uscourts.gov
To:cmecf_notices@txwd.uscourts.gov
Bcc:
--Case Participants: Mark H. Marshall (ashanti.wallace@usdoj.gov, mark.marshall@usdoj.gov,
usatxw.ecfau@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:24950066@txwd.uscourts.gov
Subject:Activity in Case 1:21-mj-00416-ML USA v. Carroll Waiver − Rule 5/Rule 32.1
Content−Type: text/html
```

## U.S. District Court [LIVE]

### Western District of Texas

### Notice of Electronic Filing

The following transaction was entered on 5/11/2021 at 2:57 PM CDT and filed on 5/11/2021

| | |
|---|---|
| **Case Name:** | USA v. Carroll |
| **Case Number:** | [1:21−mj−00416−ML](#) |
| **Filer:** | Dft No. 1 − Michael David Carroll |
| **Document Number:** | No document attached |

**Docket Text:**
 **ORAL WAIVER of Rule 5/Rule 32.1 Hearing by Michael David Carroll. (kkc)**

**1:21−mj−00416−ML−1 Notice has been electronically mailed to:**

Mark H. Marshall &nbsp &nbsp mark.marshall@usdoj.gov, ashanti.wallace@usdoj.gov, usatxw.ecfau@usdoj.gov

**1:21−mj−00416−ML−1 Notice has been delivered by other means to:**

11

AO 94  (Rev. 01/09) Commitment to Another District

# United States District Court
for the

Western District of Texas

| | |
|---|---|
| United States of America </br> v. </br> (1) Michael David Carroll </br> *Defendant* | ) </br> ) </br> )  Case No.   AU:21-M -00416(1) </br> ) </br> )         Charging District's </br> )         Case No.   3:13-cr-076 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the    Northern    District of    Texas, Dallas Division   .

The defendant may need an interpreter for this language:                N/A                .

The defendant:    [X] will retain an attorney.

                            [ ] is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

May 11, 2021

MARK LANE </br>
UNITED STATES MAGISTRATE JUDGE

12