IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  3:13-CR-076-N |
| V. | |
| MICHAEL DAVID CARROLL | |

# MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Michael David Carroll**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    \_\_X\_\_ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    **X**    Defendant's appearance as required

    **X**    Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

       Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

       Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

       Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

       Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

       At first appearance

    **X**    After continuance of 3 days.

**[REMAINDER OF PAGE BLANK, ONLY SIGNATURES FOLLOW]**

**Motion for Detention - Page 2**

DATED this 2nd day of June, 2021.

        Respectfully submitted,

        PRERAK SHAH
        ACTING UNITED STATES ATTORNEY


        *s/ David L. Jarvis*
        DAVID L. JARVIS
        Assistant United States Attorney
        Texas State Bar No. 10585500
        1100 Commerce Street, 3rd Floor
        Dallas, Texas, 75242
        Telephone:   214-659-8729
        Facsimile:    214-659-8812
        Email: david.jarvis@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify on June 2, 2021, that a copy of the foregoing will be served via ECF electronic notice on counsel for the defendant, in accordance with the Federal Rules of Criminal Procedure, whenever a defense counsel files a formal Notice of Appearance in this case.

        *s/ David L. Jarvis*
        DAVID L. JARVIS
        Assistant United States Attorney