# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Michael David Carroll

CASE NUMBER: 3:13-CR-076-N

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Michael David Carroll

ADDRESS (STREET, CITY, STATE):

Unknown

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| U.S. District Court for the Northern District of Texas, Dallas Divsion | 3/17/2014 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

Karen Mitchell, U.S. District Court Clerk

s/A. Lowe
(By) Deputy Clerk

6/24/2020
Date

## RETURN

Warrant received and executed.

Date Received: 6/2/21
Date Executed: 6/2/21

Executing Agency (Name and Address)

U.S Marshals Dallas TX 75242

Name: _____ (By) _____ Date: 6/2/21

FID 9186974